IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


UNITED STATES OF AMERICA,

v.                                                              CASE NO. 1:98-cr-00008-MP

MARK LATSON,

     Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 64, Motion to Continue Revocation Hearing by

Mark Latson.  The motion, which is unopposed, is granted.  The hearing is hereby reset for June

22, 2006 at 9:30 a.m.


     **DONE AND ORDERED** this  *30th*  day of May, 2006


     *s/Maurice M. Paul*
     Maurice M. Paul, Senior District Judge